# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YUBA LOPEZ by his Executor,** | : | |
| **TAMIKA REID** | : | **CIVIL ACTION** |
|       **Plaintiff,** | : | |
|    v. | : | |
| **SELECTIVE INS. CO. OF SOUTH** | : | |
| **CAROLINA** | : | No. 20-1260 |
|       **Defendant.** | : | |

## ORDER

**AND NOW** this **17th day** of **June 2020**, upon consideration of Defendant's Motion to Dismiss Count II of Plaintiff's Complaint, Plaintiff's response, Defendant's reply, and for the reasons set forth in the Court's Memorandum dated June 17, 2020, it is **ORDERED** that:

1. Defendant's motion (Document No. 5) is **GRANTED**.

2. Count II of Plaintiff's Complaint is **DISMISSED without prejudice**.

3. Plaintiff may file an Amended Complaint on or before Wednesday, July 1, 2020.

                **BY THE COURT:**

                **/s/ Berle M. Schiller**

                **Berle M. Schiller, J.**