# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YUBA LOPEZ by his Executor, | : | |
| TAMIKA REID | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | |
| SELECTIVE INS. CO. OF SOUTH | : | |
| CAROLINA | : | No. 20-1260 |
|     Defendant. | : | |

## ORDER

**AND NOW** this **31st day** of **August 2020**, upon consideration of Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint, Plaintiff's response, Defendant's reply, and for the reasons set forth in the Court's Memorandum dated August 31, 2020, it is **ORDERED** that: Defendant's motion (Document No. 15) is **DENIED**.

                                        **BY THE COURT:**

                                        **/s/ Berle M. Schiller**

                                        **Berle M. Schiller, J.**